**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Frederick J. Klorczyk III (State Bar. No. 320783)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
          fklorczyk@bursor.com
          ndeckant@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN MICHAEL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>CHURCH & DWIGHT CO., INC., CVS HEALTH CORPORATION, and CVS PHARMACY, INC.,<br><br>                    Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff Alain Michael ("Plaintiff") brings this action on behalf of himself and all others similarly situated against Defendants Church & Dwight Co., Inc. ("Church & Dwight"), CVS Health Corporation, and CVS Pharmacy, Inc. (together with CVS Health Corporation, "CVS") (collectively, "Defendants").  Plaintiff makes the following allegations pursuant to the investigation of his counsel and based upon information and belief, except as to the allegations specifically pertaining to himself, which are based on personal knowledge.

## NATURE OF THE ACTION

1.     This is a class action lawsuit against Church & Dwight and CVS for cheating customers by selling "Complete" multivitamins that promise to provide "Essential" nutrition, under the brand names Vitafusion and L'il Critters.  However, these purportedly "Complete" multivitamins fail to contain a number of essential nutrients, including vitamin K, thiamine (vitamin B-1), riboflavin (vitamin B-2), niacin (vitamin B-3), and pantothenic acid (vitamin B-5).  Indeed, the U.S. Food and Drug Administration ("FDA") has previously found that "[t]here are 13 vitamins that the body absolutely needs: vitamins A, C, D, E, K, and the B vitamins (thiamine [(B-1)], riboflavin [(B-2)], niacin [(B-3)], pantothenic acid [(B-5)], biotin [(B-7)], vitamin B-6, vitamin B-12 and folate [(B-9)])."

2.     At issue are the following Vitafusion-brand multivitamins:  Vitafusion MultiVites, Vitafusion Men's, Vitafusion Women's, Vitafusion Simply Good Men's, Vitafusion Simply Good Women's, and Vitafusion Simply Good Prenatal (collectively, the "Vitafusion Multivitamins").  Also at issue are the following L'il Critters-brand multivitamins:  L'il Critters Gummy Vites, L'il Critters Twisted Fruits, L'il Critters Organic, L'il Critters Despicable Me, L'il Critters Jurassic Park, and L'il Critters Secret Life of Pets (collectively, the "L'il Critters Multivitamins").  None of these purportedly "Complete" multivitamins contain all "13 vitamins that the body absolutely needs," per FDA guidance.

3.      Plaintiff therefore asserts claims on behalf of himself and a nationwide class of purchasers of Vitafusion Multivitamins and L'il Critters Multivitamins for: (i) breach of express warranty; (ii) breach of the implied warranty of merchantability; (iii) unjust enrichment; (iv) violation of California's Consumers Legal Remedies Act ("CLRA"), Cal. Civil Code §§ 1750, *et seq.*; (v) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.*; (vi) violation of California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code §§ 17500, *et seq.*; (vii) fraud; and (viii) negligent misrepresentation.

## THE PARTIES

4.      Plaintiff Alain Michael is a natural person and citizen of the State of California who resides in West Lake Village, California.  In January or February of 2018, Plaintiff purchased Vitafusion MultiVites at a CVS retail store in West Lake Village, California.  Prior to his purchase, Plaintiff reviewed the labeling, packaging, and marketing materials for Vitafusion MultiVites and saw the representations that the product is purportedly a "Complete Multivitamin for Everyday Nutrition," is an "Essential Multi[vitamin]," and is part of an "Essential Daily Formula."  Plaintiff understood these claims to be representations and warranties by Defendants that Vitafusion Multivitamins contain all the vitamins that the human body absolutely needs.  Plaintiff reasonably relied on these representations when he purchased his Vitafusion Multivitamins.  However, Plaintiff's Vitafusion Multivitamins lack certain essential vitamins for complete nutrition, including vitamin K, thiamine (vitamin B-1), and riboflavin (vitamin B-2).  Plaintiff relied on these representations and warranties in deciding to purchase Vitafusion Multivitamins, and these representations were part of the basis of the bargain, in that he would not have purchased Vitafusion Multivitamins if he had known that they were not, in fact, a "Complete Multivitamin for Everyday Nutrition," an "Essential Multi[vitamin]," or part of an "Essential Daily Formula."  Plaintiff also understood that in making the

sale, the retailer was acting with the knowledge and approval of manufacturer and/or as the agent of the manufacturer.  Plaintiff also understood that his purchase involved a direct transaction between himself and the manufacturer, because his purchase came with packaging and other materials prepared by the manufacturer, including representations and warranties that his Vitafusion Multivitamins were "Complete Multivitamin[s] for Everyday Nutrition," an "Essential Multi[vitamin]," and are part of an "Essential Daily Formula."

5.    Defendant Church & Dwight Co., Inc. is a Delaware corporation with its principal place of business at 500 Charles Ewing Blvd., Ewing, NJ 08628. Church & Dwight is a major American manufacturer of household products, including Arm & Hammer baking soda.  Church & Dwight has approximately 4,700 employees and realized approximately $3.4 billion in revenue in 2015.  As part of its operations, Church & Dwight is engaged in the processing, manufacturing, packaging, distribution, and/or sale of Vitafusion and L'il Critters-brand multivitamins.

6.    Defendant CVS Health Corporation is a Rhode Island corporation with its principal place of business at One CVS Drive, Woonsocket, RI 02895.  CVS Health Corporation is engaged in the processing, packaging, distribution, marketing, and/or sale of Vitafusion and L'il Critters Multivitamins.  CVS Health Corporation sells Vitafusion and L'il Critters Multivitamins throughout California and the entire United States.

7.    Defendant CVS Pharmacy, Inc. is a Rhode Island corporation with its principal place of business at One CVS Drive, Woonsocket, RI 02895.  CVS Pharmacy, Inc. is a subsidiary of Defendant CVS Health Corporation.  CVS Pharmacy, Inc. is engaged in the processing, packaging, distribution, marketing, and/or sale of Vitafusion and L'il Critters Multivitamins.  CVS Pharmacy, Inc. sells

Vitafusion and L'il Critters Multivitamins throughout California and the entire United States

8.      Whenever reference is made in this Complaint to any representation, act, omission, or transaction of Defendants, that allegation shall mean that Defendants did the act, omission, or transaction through their officers, directors, employees, agents, and/or representatives while they were acting within the actual or ostensible scope of their authority.

## JURISDICTION AND VENUE

9.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A) because this case is a class action where the aggregate claims of all members of the proposed class are in excess of $5,000,000.00, exclusive of interest and costs, and a least one member of the proposed class is a citizen of a state different from Defendants.

10.     This Court has personal jurisdiction over Defendants because they have continuous and systematic contacts with the State of California as to essentially render them "at home" in this State.  Moreover, Defendants have purposefully availed themselves of the laws and benefits of doing business in this State, and Plaintiff's claims arise out of the Defendants' forum-related activities.  Furthermore, a substantial portion of the events giving rise to Plaintiff's claims occurred in this State, including Plaintiff's purchase of the Vitafusion Multivitamins at issue.

11.     Pursuant to 28 U.S.C. § 1391, this Court is the proper venue for this action because a substantial part of the events, omissions, and acts giving rise to the claims herein occurred in this District.  Plaintiff resides in this District and purchased the Vitafusion Multivitamins at issue in this District.

## FACTS COMMON TO ALL CLAIMS

**A. The FDA Explains That "There Are 13 Vitamins That The Body Absolutely Needs"**

12.     In a February 21, 2009 consumer bulletin entitled *Fortify Your Knowledge About Vitamins*, the U.S. Food and Drug Administration notes that: "Vitamins are essential nutrients that contribute to a healthy life.  Although most people get all the vitamins they need from the foods they eat, millions of people worldwide take supplemental vitamins as part of their health regimen."

13.     The FDA further states that:  "There are many good reasons to consider taking vitamin supplements, such as over-the-counter multivitamins.  According to the American Academy of Family Physicians (AAFP), a doctor may recommend that you take them[] for certain health problems, if you eat a vegetarian or vegan diet, [or] if you are pregnant or breastfeeding."

14.     Additionally, the FDA states that: "The 2005 Dietary Guidelines for Americans advises that nutrient needs be met primarily through consuming foods, with supplementation suggested for certain sensitive populations.  These guidelines, published by the Department of Health and Human Services and the U.S. Department of Agriculture (USDA), provide science-based advice to promote health and to reduce risk for chronic diseases through diet and physical activity.  They form the basis for federal food, nutrition education, and information programs."

15.     Barbara Schneeman, Ph.D., Director of FDA's Office of Nutritional Products, Labeling, and Dietary Supplements, says, "[t]he Guidelines emphasize that supplements may be useful when they fill a specific identified nutrient gap that cannot or is not otherwise being met by the individual's intake of food."

16.     In turn, the FDA warns that "many people consume more calories than they need without taking in recommended amounts of a number of nutrients.  The

Guidelines warn that there are numerous nutrients – including vitamins – for which low dietary intake may be a cause of concern."

17.     When choosing vitamins, the FDA specifies that "[t]here are 13 vitamins that the body absolutely needs: vitamins A, C, D, E, K, and the B vitamins (thiamine [(B-1)], riboflavin [(B-2)], niacin [(B-3)], pantothenic acid [(B-5)], biotin [(B-7)], vitamin B-6, vitamin B-12 and folate [(B-9)])."

**B. Despite Being Marketed As "Complete" Multivitamins, Vitafusion And L'il Critter Products Do Not Contain These 13 Essential Vitamins**

18.     All of the Vitafusion Multivitamins and L'il Critters Multivitamins at issue are substantially similar.  All varieties are manufactured in Washington state.  Moreover, the labels of all of the Vitafusion Multivitamins and L'il Critter Multivitamins at issue are substantially similar.  Despite the FDA's clear guidance, numerous Vitafusion and L'il Critter multivitamins fail to contain all 13 essential vitamins.  And yet, these products are voluntarily labeled as being "Complete" multivitamins that offer "Essential" daily nutrition.  Even worse, none of the product labels expressly state that the products are "incomplete" or otherwise disclose that the products do not contain certain essential vitamins.  Indeed, even if a reasonable consumer were to review the Supplement Facts portion on the back of the labels, he or she would not have any reason to know or suspect that the products did not have all of the vitamins the FDA deems to be "essential."

19.     For example, Vitafusion MultiVites prominently represents that it is a "Complete Multivitamin for Everyday Nutrition," is an "Essential Multi[vitamin]," and is part of an "Essential Daily Formula."  However, the product fails to contain vitamin K, thiamine (B-1), and riboflavin (B-2):



| Supplement Facts | | |
|---|---|---|
| Serving Size 2 Gummy Vitamins | | |
| Servings Per Bottle 75 | | |
| Amount Per Serving | | % Daily Value |
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1%† |
| Total Sugars | 3 g | ** |
| Includes 3 g Added Sugars | | 6%† |
| Vitamin A (as retinyl palmitate) | 450 mcg RAE | 50% |
| Vitamin C (as ascorbic acid and sodium ascorbate) | 36 mg | 40% |
| Vitamin D (as cholecalciferol) | 25 mcg (1000 IU) | 125% |
| Vitamin E (as dl-alpha-tocopheryl acetate) | 15 mg | 100% |
| Niacin (as inositol niacinate) | 8 mg NE | 50% |
| Vitamin B-6 (as pyridoxine HCl) | 1.7 mg | 100% |
| Folate | 400 mcg DFE (240 mcg folic acid) | 100% |
| Vitamin B-12 (as cyanocobalamin) | 4.8 mcg | 200% |
| Biotin | 30 mcg | 100% |
| Pantothenic acid (as calcium d-pantothenate) | 3 mg | 60% |
| Chromium (as chromium picolinate) | 35 mcg | 100% |
| Molybdenum (as molybdenum citrate) | 11 mcg | 24% |
| Sodium | 5 mg | <1% |
| Inositol (as inositol niacinate) | 1.5 mg | ** |
| Boron (as boron citrate) | 150 mcg | ** |
| † Percent Daily Values are based on a 2,000 calorie diet. | | |
| ** Daily Value not established. | | |

Other ingredients: Glucose syrup, sugar, water, gelatin; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, citric acid, colors (annatto extract, blueberry and carrot concentrates), lactic acid, and natural flavors. Contains: tree nuts (coconut).
Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.

1

2

3

4

20.    Vitafusion Men's prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and niacin (B-3):



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21.     Vitafusion Women's prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), and riboflavin (B-2):



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22.   Vitafusion Simply Good Men's prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), and riboflavin (B-2):



23.     Vitafusion Simply Good Women's prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), and riboflavin (B-2):



24.     Vitafusion Simply Good Prenatal prominently represents that it is an "Essential Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and pantothenic acid (B-5):



25.     L'il Critters Gummy Vites prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and niacin (B-3):



## Supplement Facts

Serving Size: 1 Gummy Bear / 2 Gummy Bears
Servings Per Bottle: 190 for 2-3 years / 95 for 4 years and older

| | Amount Per Serving | % Daily Value for 2-3 Yrs. | Amount Per Serving | % Daily Value for 4 & up |
|---|---|---|---|---|
| Calories | 5 | | 15 | |
| Total Carbohydrate | 2 g | 1% †† | 3 g | 1% † |
| Total Sugars | 1 g | ** | 3 g | ** |
| Includes 1 g / 3 g Added Sugars | | 4% †† | | 6% † |
| Vitamin A (as retinyl palmitate) | 225 mcg RAE | 75% | 450 mcg RAE | 50% |
| Vitamin C (as ascorbic acid and sodium ascorbate) | 10 mg | 67% | 20 mg | 22% |
| Vitamin D (as cholecalciferol) | 10 mcg (400 IU) | 67% | 20 mcg (800 IU) | 100% |
| Vitamin E (as dl-alpha-tocopheryl acetate) | 6 mg | 100% | 12 mg | 80% |
| Vitamin B-6 (as pyridoxine HCl) | 0.9 mg | 180% | 1.8 mg | 106% |
| Folate | 100 mcg DFE (60 mcg folic acid) | 67% | 200 mcg DFE (120 mcg folic acid) | 50% |
| Vitamin B-12 (as cyanocobalamin) | 1.2 mcg | 133% | 2.4 mcg | 100% |
| Biotin | 8 mcg | 100% | 16 mcg | 53% |
| Pantothenic acid (as calcium d-pantothenate) | 1.5 mg | 75% | 3 mg | 60% |
| Iodine (as potassium iodide) | 21 mcg | 23% | 42 mcg | 28% |
| Zinc (as zinc gluconate) | 1.4 mg | 47% | 2.8 mg | 25% |
| Lutein (from marigold) (flower) | 50 mcg | ** | 100 mcg | ** |
| Inositol | 20 mcg | ** | 40 mcg | ** |

† Percent Daily Values are based on a 2,000 calorie diet.     ** Daily Value not established.
†† Percent Daily Values are based on a 1,000 calorie diet.

**Other ingredients:** Glucose syrup, sugar, water, gelatin; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, citric acid, colors (annatto extract, blueberry and carrot concentrates, purple carrot juice concentrate), malic acid, natural flavors, and pectin. **Contains: tree nuts (coconut).**
*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

26.   L'il Critters Twisted Fruits prominently represents that it is a "Complete Multi."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and niacin (B-3):



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

27.     L'il Critters Organic prominently represents that it is a "Complete Multi."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and niacin (B-3):



28.    L'il Critters Despicable Me prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and niacin (B-3):







29.     L'il Critters Jurassic Park prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and niacin (B-3):



## Supplement Facts

Serving Size — 1 Gummy Vitamin / 2 Gummy Vitamins
Servings Per Bottle — 190 for 2-3 years / 95 for 4 years and older

| | Amount Per Serving | % Daily Value for 2-3 Yrs. | Amount Per Serving | % Daily Value for 4 & up |
|---|---|---|---|---|
| Calories | 5 | | 15 | |
| Total Carbohydrate | 2 g | 1% †† | 3 g | 1% † |
| Total Sugars | 1 g | ** | 3 g | ** |
| Includes 1 g / 3 g Added Sugars | | 4% †† | | 6% † |
| Vitamin A (as retinyl palmitate) | 225 mcg RAE | 75% | 450 mcg RAE | 50% |
| Vitamin C (as ascorbic acid and sodium ascorbate) | 10 mg | 67% | 20 mg | 22% |
| Vitamin D (as cholecalciferol) | 10 mcg (400 IU) | 67% | 20 mcg (800 IU) | 100% |
| Vitamin E (as dl-alpha-tocopheryl acetate) | 6 mg | 100% | 12 mg | 80% |
| Vitamin B-6 (as pyridoxine HCl) | 0.9 mg | 180% | 1.8 mg | 106% |
| Folate | 100 mcg DFE (60 mcg folic acid) | 67% | 200 mcg DFE (120 mcg folic acid) | 50% |
| Vitamin B-12 (as cyanocobalamin) | 1.2 mcg | 133% | 2.4 mcg | 100% |
| Biotin | 8 mcg | 100% | 16 mcg | 53% |
| Pantothenic acid (as calcium d-pantothenate) | 1.5 mg | 75% | 3 mg | 60% |
| Iodine (as potassium iodide) | 21 mcg | 23% | 42 mcg | 28% |
| Zinc (as zinc gluconate) | 1.4 mg | 47% | 2.8 mg | 25% |
| Inositol | 20 mcg | ** | 40 mcg | ** |

† Percent Daily Values are based on a 2,000 calorie diet.     ** Daily Value not established.
†† Percent Daily Values are based on a 1,000 calorie diet.

**Other ingredients:** Glucose syrup, sugar, water, gelatin; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, citric acid, colors (annatto extract, purple carrot juice concentrate, turmeric), malic acid, natural flavors and pectin. **Contains: tree nuts (coconut).** Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.

30.     L'il Critters Secret Life of Pets prominently represents that it is a "Complete Multivitamin."  However, the product fails to contain vitamin K, thiamine (B-1), riboflavin (B-2), and niacin (B-3):



**CLASS REPRESENTATION ALLEGATIONS**

31.     Plaintiff seeks to represent a class defined as all persons in the United States who purchased Vitafusion Multivitamins and L'il Critters Multivitamins (the "Class").  Excluded from the Class are persons who made such purchase for purpose of resale.

32.     Plaintiff also seeks to represent a subclass of all Class members who purchased Vitafusion Multivitamins and L'il Critters Multivitamins in California (the "California Subclass").

33.     Members of the Class and Subclass are so numerous that their individual joinder herein is impracticable.  On information and belief, members of the Class and Subclass number in the millions.  The precise number of Class

members and their identities are unknown to Plaintiff at this time but may be determined through discovery.  Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendants and third-party retailers and vendors.

34.     Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members.  Common legal and factual questions include, but are not limited to:  whether Defendants warranted that Vitafusion Multivitamins and L'il Critter Multivitamins are "Complete" and "Essential" multivitamins; whether Vitafusion Multivitamins and L'il Critter Multivitamins contain the "13 vitamins that the body absolutely needs;" whether Defendants breached these warranties; and whether Defendants committed statutory and common law fraud by doing so.

35.     The claims of the named Plaintiff are typical of the claims of the Class in that the named Plaintiff purchased Vitafusion Multivitamins in reliance on the representations and warranties described above and suffered a loss as a result of that purchase.

36.     Plaintiff is an adequate representative of the Class and the California Subclass because his interests do not conflict with the interests of the Class members he seeks to represent, he has retained competent counsel experienced in prosecuting class actions, and he intends to prosecute this action vigorously.  The interests of Class members will be fairly and adequately protected by Plaintiff and his counsel.

37.     The class mechanism is superior to other available means for the fair and efficient adjudication of the claims of Class members.  Each individual Class member may lack the resources to undergo the burden and expense of individual prosecution of the complex and extensive litigation necessary to establish Defendants' liability.  Individualized litigation increases the delay and expense to all parties and multiplies the burden on the judicial system presented by the complex

legal and factual issues of this case.  Individualized litigation also presents a potential for inconsistent or contradictory judgments.  In contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court on the issue of Defendants' liability.  Class treatment of the liability issues will ensure that all claims and claimants are before this Court for consistent adjudication of the liability issues.

### COUNT I
### (Breach Of Express Warranty)

38.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

39.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Subclass against Defendants.

40.     Defendants, as the designers, manufacturers, marketers, distributors, and/or sellers, expressly warranted that Vitafusion Multivitamins and L'il Critter Multivitamins are "Complete" and "Essential" multivitamins.

41.     In fact, Vitafusion Multivitamins and L'il Critter Multivitamins are not fit for such purpose because each of these express warranties are false and misleading.  These multivitamins do not contain the "13 vitamins that the body absolutely needs," per FDA guidance.

42.     As a direct and proximate cause of Defendants' breach of express warranty, Plaintiff and Class members have been injured and harmed because: (a) they would not have purchased the Vitafusion Multivitamins and L'il Critter Multivitamins on the same terms if the true facts were known about the product (b) they paid a price premium for Vitafusion Multivitamins and L'il Critter Multivitamins due to Defendants' promises and warranties; and (c) the Vitafusion Multivitamins and L'il Critter Multivitamins do not have the characteristics as promised by Defendants.

## COUNT II
### (Breach Of Implied Warranty Of Merchantability)

43.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

44.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Subclass against Defendants.

45.     Defendants, as the designers, manufacturers, marketers, distributors, and/or sellers, impliedly warranted that the Vitafusion Multivitamins and L'il Critter Multivitamins are "Complete" and "Essential" multivitamins.

46.     Defendants breached the warranty implied in the contract for the sale of the Vitafusion Multivitamins and L'il Critter Multivitamins because they could not pass without objection in the trade under the contract description, the goods were not of fair average quality within the description, the goods were not fit for the ordinary purposes for which such goods are used, and the goods do not conform to the promises or affirmations of fact made on the label.  As a result, Plaintiff and Class members did not receive the goods as impliedly warranted by Defendants to be merchantable.

47.     Plaintiff and Class members purchased the Vitafusion Multivitamins and L'il Critter Multivitamins in reliance upon Defendants' skill and judgment and the implied warranties of fitness for the purpose.

48.     The Vitafusion Multivitamins and L'il Critter Multivitamins were not altered by Plaintiff or Class members.

49.     The Vitafusion Multivitamins and L'il Critter Multivitamins were defective when they left the exclusive control of Defendants.

50.     Defendants knew that the Vitafusion Multivitamins and L'il Critter Multivitamins would be purchased and used without additional testing by Plaintiff and Class members.

51.     The Vitafusion Multivitamins and L'il Critter Multivitamins were defectively designed and unfit for their intended purpose, and Plaintiff and Class members did not receive the goods as warranted.

52.     As a direct and proximate cause of Defendants' breach of implied warranty, Plaintiff and Class members have been injured and harmed because: (a) they would not have purchased the Vitafusion Multivitamins and L'il Critter Multivitamins on the same terms if the true facts were known about the product (b) they paid a price premium for Vitafusion Multivitamins and L'il Critter Multivitamins due to Defendants' promises and warranties; and (c) the Vitafusion Multivitamins and L'il Critter Multivitamins do not have the characteristics as promised by Defendants.

## COUNT III
### (Unjust Enrichment)

53.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

54.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Subclass against Defendants.

55.     Plaintiff and Class members conferred benefits on Defendants by purchasing the Vitafusion Multivitamins and L'il Critter Multivitamins.

56.     Defendants have been unjustly enriched in retaining the revenues derived from Plaintiff and Class member's purchases of the Vitafusion Multivitamins and L'il Critter Multivitamins.  Retention of those moneys under these circumstances is unjust and inequitable because Defendants misrepresented that the Vitafusion Multivitamins and L'il Critter Multivitamins are "Complete" and "Essential" multivitamins.  These misrepresentations caused injuries to Plaintiff and Class members, because they would not have purchased the Vitafusion Multivitamins and L'il Critter Multivitamins if the true facts were known.

57.     Because Defendants' retention of the non-gratuitous benefits conferred on them by Plaintiff and Class members is unjust and inequitable, Defendants must pay restitution to Plaintiff and Class members for their unjust enrichment, as ordered by the Court.

### COUNT IV
**(Violation Of California's Consumers Legal Remedies Act,
California Civil Code §§ 1750, *et seq.*)**

58.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

59.     Plaintiff brings this claim individually and on behalf of the members of the proposed California Subclass against Defendants.

60.     California's Consumers Legal Remedies Act, Cal. Civ. Code § 1770(a)(5), prohibits "[r]epresenting that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which they do not have or that a person has a sponsorship, approval, status, affiliation, or connection which he or she does not have."

61.     California's Consumers Legal Remedies Act, Cal. Civ. Code § 1770(a)(7), prohibits "[r]epresenting that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another."

62.     California's Consumers Legal Remedies Act, Cal. Civ. Code § 1770(a)(9), prohibits "[a]dvertising goods or services with intent not to sell them as advertised."

63.     Defendants violated this provision by misrepresenting that the Vitafusion Multivitamins and L'il Critter Multivitamins are "Complete" and "Essential" multivitamins.

64.     Plaintiff and the California Subclass suffered injuries caused by Defendants because:  (a) they would not have purchased the Vitafusion

Multivitamins and L'il Critter Multivitamins on the same terms if the true facts were known about the product (b) they paid a price premium for Vitafusion Multivitamins and L'il Critter Multivitamins due to Defendants' promises and warranties; and (c) the Vitafusion Multivitamins and L'il Critter Multivitamins do not have the characteristics as promised by Defendants.

65.     On or about April 8, 2019, prior to filing this action, a CLRA notice letter was mailed to Defendants which complies in all respects with California Civil Code § 1782(a).  Plaintiff sent Church & Dwight and CVS a letter via certified mail, return receipt requested, advising them that they are in violation of the CLRA and demanding that they cease and desist from such violations and make full restitution by refunding the monies received therefrom.  A true and correct copy of Plaintiff's letter is attached hereto as Exhibit A.

66.     Wherefore, Plaintiff seeks injunctive relief for this violation of the CLRA.

## COUNT V
### (Violation Of California's Unfair Competition Law, California Business & Professions Code §§ 17200, *et seq.*)

67.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

68.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and California Subclass against Defendants.

69.     Defendants are subject to California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq*.  The UCL provides, in pertinent part: "Unfair competition shall mean and include unlawful, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertising …."

70.     Defendants' misrepresentations and other conduct, described herein, violated the "unlawful" prong of the UCL by violating the CLRA as described herein; the FAL as described herein; and Cal. Com. Code § 2607.

71.     Defendants' misrepresentations and other conduct, described herein, violated the "unfair" prong of the UCL in that their conduct is substantially injurious to consumers, offends public policy, and is immoral, unethical, oppressive, and unscrupulous, as the gravity of the conduct outweighs any alleged benefits.

72.     Defendants violated the "fraudulent" prong of the UCL by making misrepresentations about the Vitafusion Multivitamins and L'il Critter Multivitamins, as described herein.

73.     Plaintiff, the Class, and the California Subclass lost money or property as a result of Defendants' UCL violations because:  (a) they would not have purchased the Vitafusion Multivitamins and L'il Critter Multivitamins on the same terms if the true facts were known about the product (b) they paid a price premium for Vitafusion Multivitamins and L'il Critter Multivitamins due to Defendants' promises and warranties; and (c) the Vitafusion Multivitamins and L'il Critter Multivitamins do not have the characteristics as promised by Defendants.

## COUNT VI
**(Violation Of California's False Advertising Law,
California Business & Professions Code §§ 17500, *et seq.*)**

74.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

75.     Plaintiff brings this claim individually and on behalf of the members of the proposed California Subclass against Defendants.

76.     California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*, makes it "unlawful for any person to make or disseminate or cause to be made or disseminated before the public in this state, … in any advertising device … or in any other manner or means whatever, including over the Internet, any statement, concerning … personal property or services, professional or otherwise, or performance or disposition thereof, which is untrue or misleading and which is

known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

77. Defendants committed acts of false advertising, as defined by §17500, by misrepresenting that the Vitafusion Multivitamins and L'il Critter Multivitamins are "Complete" and "Essential" multivitamins.

78. Defendants knew or should have known, through the exercise of reasonable care that their representations about the Vitafusion Multivitamins and L'il Critter Multivitamins were untrue and misleading.

79. Defendants' actions in violation of § 17500 were false and misleading such that the general public is and was likely to be deceived.

80. Plaintiff and the California Subclass lost money or property as a result of Defendants' FAL violations because:  (a) they would not have purchased the Vitafusion Multivitamins and L'il Critter Multivitamins on the same terms if the true facts were known about the product; (b) they paid a price premium for Vitafusion Multivitamins and L'il Critter Multivitamins due to Defendants' promises and warranties; and (c) the Vitafusion Multivitamins and L'il Critter Multivitamins do not have the characteristics as promised by Defendants.

## COUNT VII
### (Negligent Misrepresentation)

81. Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

82. Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Subclass against Defendants.

83. As discussed above, Defendants misrepresented that the Vitafusion Multivitamins and L'il Critter Multivitamins are "Complete" and "Essential" multivitamins.

84.     At the time Defendants made these representations, Defendants knew or should have known that these representations were false or made them without knowledge of their truth or veracity.

85.     At an absolute minimum, Defendants negligently misrepresented and/or negligently omitted material facts about Vitafusion Multivitamins and L'il Critter Multivitamins.

86.     The negligent misrepresentations and omissions made by Defendants, upon which Plaintiff and Class members reasonably and justifiably relied, were intended to induce and actually induced Plaintiff and Class members to purchase Vitafusion Multivitamins and L'il Critter Multivitamins.

87.     Plaintiff and Class members would not have purchased Vitafusion Multivitamins and L'il Critter Multivitamins if the true facts had been known.

88.     The negligent actions of Defendants caused damage to Plaintiff and Class members, who are entitled to damages and other legal and equitable relief as a result.

## COUNT VIII
### (Fraud)

89.     Plaintiff hereby incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

90.     Plaintiff brings this claim individually and on behalf of the members of the proposed Class and Subclass against Defendants.

91.     As discussed above, Defendants provided Plaintiff and Class members with false or misleading material information and failed to disclose material facts about Vitafusion Multivitamins and L'il Critter Multivitamins being "Complete" and "Essential" multivitamins.  These misrepresentations and omissions were made with knowledge of their falsehood.

92.     The misrepresentations and omissions made by Defendants, upon which Plaintiff and Class members reasonably and justifiably relied, were intended to

induce and actually induced Plaintiff and Class members to purchase Vitafusion Multivitamins and L'il Critter Multivitamins.

93.   The fraudulent actions of Defendants caused damage to Plaintiff, Class members, and Subclass members who are entitled to damages and other legal and equitable relief as a result.

## **<u>RELIEF DEMANDED</u>**

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendants, as follows:

A.   For an order certifying the nationwide Class and the Subclass under Rule 23 of the Federal Rules of Civil Procedure and naming Plaintiff as representative of the Class and Subclass and Plaintiff's attorneys as Class Counsel to represent the Class and Subclass members;

B.   For an order declaring the Defendants' conduct violates the statutes referenced herein;

C.   For an order finding in favor of Plaintiff, the Class, and the Subclass on all counts asserted herein;

D.   For compensatory and punitive damages in amounts to be determined by the Court and/or jury;

E.   For prejudgment interest on all amounts awarded;

F.   For an order of restitution and all other forms of equitable monetary relief;

G.   For injunctive relief as pleaded or as the Court may deem proper;

H.   For an order awarding Plaintiff and the Class and Subclass his reasonable attorneys' fees and expenses and costs of suit;

I.   Damages, restitution, and/or disgorgement in an amount to be determined at trial; and

J.   For such other and further relief as the Court may deem proper.

1

## **JURY DEMAND**

2

Plaintiff demands a trial by jury on all causes of action and issues so triable.

3

4

5
Dated: April 8, 2019                       Respectfully submitted,

6

7
**BURSOR & FISHER, P.A.**

By:_____*/s/ Frederick J. Klorczyk III*_____

8
Frederick J. Klorczyk III

9
L. Timothy Fisher (State Bar No. 191626)

10
Frederick J. Klorczyk III (State Bar. No. 320783)
Neal J. Deckant (State Bar No. 322946)

11
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596

12
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

13
E-Mail:  ltfisher@bursor.com

14
            fklorczyk@bursor.com
            ndeckant@bursor.com

15
*Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)</u>**

I, Frederick J. Klorczyk III, declare as follows:

      1.     I am counsel for Plaintiff, and I am a partner at Bursor & Fisher, P.A.  I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

      2.     The complaint filed in this action is filed in the proper place for trial because Defendants have continuous and systematic contacts with the State of California as to essentially render them "at home" in this State.  Moreover, Defendants have purposefully availed themselves of the laws and benefits of doing business in this State, and Plaintiff's claims arise out of the Defendants' forum-related activities.  Furthermore, a substantial portion of the events giving rise to Plaintiff's claims occurred in this State, including Plaintiff's purchase of the Vitafusion Multivitamins[1] at issue.  Plaintiff also resides in this District.

      3.     Plaintiff alleges that he purchased Vitafusion MultiVites at a CVS retail store in West Lake Village, California in late January or early February of 2018.  *See* Compl. ¶ 4.  Prior to his purchase, Plaintiff reviewed the labeling, packaging, and marketing materials for Vitafusion MultiVites and saw the representations that the product is purportedly a "Complete Multivitamin for Everyday Nutrition," is an "Essential Multi[vitamin]," and is part of an "Essential Daily Formula."  *See id.*  Plaintiff understood these claims to be representations and warranties by Defendants that Vitafusion Multivitamins contain all vitamins that the human body absolutely needs.  *See id.*  Plaintiff reasonably relied on these representations when he purchased his Vitafusion Multivitamins.  *See id.*  However, Plaintiff's Vitafusion Multivitamins lack certain essential vitamins for complete nutrition, including vitamin K, thiamine (vitamin B-1), and riboflavin (vitamin B-2).  *See id.*

---

[1] As used herein, capitalized terms have the same meaning as in Plaintiff's Complaint.

4.      Plaintiff alleges that Defendants' misrepresentations concerning their multivitamins played a substantial part, and so had been a substantial factor, in his decision to purchase Vitafusion Multivitamins, in that "he would not have purchased Vitafusion Multivitamins if he had known that they were not, in fact, a 'Complete Multivitamin for Everyday Nutrition,' an 'Essential Multi[vitamin],' or part of an 'Essential Daily Formula.'"  *See id.*

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, executed on April 8, 2019 at Walnut Creek, California.

*/s/ Frederick J. Klorczyk III*
Frederick J. Klorczyk III

**EXHIBIT A**

# BURSOR & FISHER
### P.A.

1990 N. CALIFORNIA BLVD.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

FREDERICK J. KLORCZYK III
Tel: 925.300.4455
Fax: 925.407.2700
fklorczyk@bursor.com

April 8, 2019

***Via Certified Mail – Return Receipt Requested***

Church & Dwight Co., Inc.
500 Charles Ewing Blvd.
Ewing, NJ 08628

CVS Health Corporation
One CVS Drive
Woonsocket, RI 02895

CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, RI 02895

*Re:*    *Demand Letter Pursuant to California Civil Code § 1782;*
        *Violation of U.C.C. §§ 2-313, 2-314; and all other applicable laws*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Church & Dwight Co., Inc., CVS Health Corporation, and CVS Pharmacy, Inc. (collectively, "You") pursuant to numerous provisions of California law, including the Consumers Legal Remedies Act, Civil Code § 1770, subsections (a)(5), (7), and (9), on behalf of our client, Alain Michael, and all others similarly situated. This letter also serves as notice pursuant to U.C.C. § 2-607(3)(A) concerning the breaches of express and implied warranties described herein. This letter additionally serves as notice of violations of all applicable consumer protection laws.

You have participated in the manufacture, marketing, and/or sale of Vitafusion MultiVites, Vitafusion Men's, Vitafusion Women's, Vitafusion Simply Good Men's, Vitafusion Simply Good Women's, and Vitafusion Simply Good Prenatal (collectively, the "Vitafusion Multivitamins"), as well as L'il Critters Gummy Vites, L'il Critters Twisted Fruits, L'il Critters Organic, L'il Critters Despicable Me, L'il Critters Jurassic Park, and L'il Critters Secret Life of Pets (collectively, the "L'il Critters Multivitamins"). The Vitafusion Multivitamins and L'il Critters Multivitamins have been marketed and sold as being "Complete" multivitamins that promise to provide "Essential" nutrition (the "Misrepresentations"). However, these purportedly "Complete" multivitamins fail to contain a number of essential nutrients, including vitamin K, thiamine (vitamin B-1), riboflavin (vitamin B-2), niacin (vitamin B-3), and pantothenic acid (vitamin B-5). Indeed, the U.S. Food and Drug Administration ("FDA") has previously found that "[t]here are 13 vitamins that the body absolutely needs: vitamins A, C, D, E, K, and the B

vitamins (thiamine [(B-1)], riboflavin [(B-2)], niacin [(B-3)], pantothenic acid [(B-5)], biotin [(B-7)], vitamin B-6, vitamin B-12 and folate [(B-9)])." Accordingly, these Misrepresentations, made on the Vitafusion Multivitamins and L'il Critters Multivitamin's labeling and packaging, are false and misleading.

Mr. Michael purchased Vitafusion MultiVites multivitamins in reliance on the Misrepresentations. You expressly warranted that Vitafusion MultiVites is purportedly a "Complete Multivitamin for Everyday Nutrition," is an "Essential Multi[vitamin]," and is part of an "Essential Daily Formula." However, the product fails to contain vitamin K, thiamine (B-1), and riboflavin (B-2). By misrepresenting that Vitafusion Multivitamins are "Complete" and "Essential" multivitamins when, in fact, they are not, You have violated and continue to violate provisions of California law, including subsections (a)(5), (7), and (9) of the Consumers Legal Remedies Act, Civil Code § 1770. Additionally, by these same acts, You breached an express and implied warranty. *See* U.C.C. § 2-313, § 2-314, § 2-607. Your conduct is also a deceptive business practice under all applicable consumer protection laws.

Mr. Michael is acting on behalf of a class defined as all persons in the United States who purchased Vitafusion Multivitamins and L'il Critters Multivitamins. Mr. Michael is also acting on behalf of a subclass of persons who purchased Vitafusion Multivitamins and L'il Critters Multivitamins in the State of California.

To cure these defects, we demand that you (1) cease and desist from further sales of mislabeled Vitafusion Multivitamins and L'il Critters Multivitamins; (2) issue an immediate recall of Vitafusion Multivitamins and L'il Critters Multivitamins; and (3) make full restitution to all purchasers of Vitafusion Multivitamins and L'il Critters Multivitamins.

We also demand that You promptly take all reasonable steps to preserve all documents, data, and information, including without limitation, all "Writings," as defined in California Evidence Code § 250 (collectively, "Documents"), and all "Electronically Stored Information," as defined in California Code of Civil Procedure § 2016.020(e), which refer or relate to any of the above-described practices, including, but not limited to, the following:

1. All documents concerning the design, development, supply, production, and/or testing of Vitafusion Multivitamins and L'il Critters Multivitamins;

2. All documents concerning the advertisement, marketing, or sale of Vitafusion Multivitamins and L'il Critters Multivitamins;

3. All documents concerning communications with any retailer involved in the marketing or sale of Vitafusion Multivitamins and L'il Critters Multivitamins;

4. All documents concerning communications with purchasers Vitafusion Multivitamins and L'il Critters Multivitamins;

5. All documents concerning communications with federal or state regulators; and

6.      All documents concerning the total revenue derived from sales Vitafusion
Multivitamins and L'il Critters Multivitamins in the United States.

If You contend that any statement in this letter is inaccurate in any respect, please provide
us with Your contentions and supporting documents promptly.

We are willing to negotiate to attempt to resolve the demands asserted in this letter.  If
You wish to enter into such discussions, please contact me right away.  If I do not hear from You
promptly, I will take that as an indication that You are not interested in doing so.

Very truly yours,

Frederick J. Klorczyk III