# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alain Michael | **CASE NUMBER** |
| | 2:19-cv-02668-RGK (GJSx) |
| v. PLAINTIFF(S) | |
| Church and Dwight Co., Inc. et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____    _____
Date                      United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases Michael v. Church and Dwight Co, Inc., No. 2:19-cv-02668-RGK (GJSx), and Cabrera v. Bayer Healthcare LLC No. 2:17-cv-08525 JAK (JPRx), are not sufficiently similar to warrant a transfer. The plaintiffs in each case advance similar legal theories, but neither the parties nor the facts overlap.

April 11, 2019                      John A. Kronstadt  /s/
Date                                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:17-cv-08525 JAK (JPRx)   and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials ____ ____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/19)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)